**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1186**

LOURDES IGLESIAS,

             Plaintiff - Appellant,

       v.

WAL-MART STORES, INCORPORATED,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.    Mark S. Davis, District Judge.  (2:11-cv-00341-MSD-FBS)

Submitted:  May 31, 2012                  Decided:  June 5, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lourdes Iglesias, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lourdes Iglesias seeks to appeal the district court's order dismissing, without prejudice, her civil action against Wal-Mart Stores, Inc., and denying her motion for reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Iglesias seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED